**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAOT-19-0000873
08-MAY-2020
10:20 AM**

NO. CAOT-19-0000873

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BRIAN NOBU PURUGGANAN, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee.

ORDER DISMISSING CASE NUMBER CAOT-19-0000873 FOR LACK OF
JURISDICTION AND DISMISSING ALL PENDING MOTIONS AS MOOT
(By:  Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the non-conforming petition that Petitioner Brian Nobu Purugganan (Purugganan) filed against Respondent-Appellee State of Hawaiʻi (the State) on December 26, 2019, in case number CAOT-19-0000873, it appears Purugganan is attempting to invoke original jurisdiction in the Intermediate Court of Appeals.  Pursuant to Hawaii Revised Statutes § 602-57 (2016), the Intermediate Court of Appeals does not have original jurisdiction to address Purugganan's December 26, 2019 petition.

Therefore, IT IS HEREBY ORDERED that CAOT-19-0000873 is dismissed for lack of jurisdiction.

IT IS FURTHER HEREBY ORDERED that all pending motions in CAOT-19-0000873 are dismissed as moot.

DATED:  Honolulu, Hawaiʻi, May 8, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge